Carolene Kock, Plaintiff in Error, v. Charles A. Clark, Defendant in Error.

### In Banc.

Writ of error to Circuit Court, Duval county; Rhydon M. Call, Judge.

M. C. Jordan and A. W. Cockrell & Son for plaintiff in error.

No appearance for defendant in error.

This action was brought by the plaintiff in error against the defendant in error. There was judgment for the defendant, and the plaintiff takes writ of error. Writ of error dismissed on motion of counsel for the plaintiff in error.